IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XANG SACKSITH,<br>　　　　Petitioner | :<br>:<br>: |
| vs. | : CIVIL NO. 1:CV-13-1847<br>: |
| DAVID EBBERT,<br>　　　　Respondent | : (Judge Caldwell)<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 9th day of September, 2013, upon consideration of the report (Doc. 7) of the magistrate judge, filed July 31, 2013, and Petitioner's objections (Doc. 8) thereto, and upon independent review of the record, it is ordered that:

　　1. The magistrate judge's report (Doc. 7) is adopted.

　　2. The 28 U.S.C. § 2241 petition (Doc. 1) is dismissed for lack of jurisdiction

　　3. The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　 /s/William W. Caldwell
　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　United States District Judge